1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant DAN CURRIE, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No.   CR 09-01020 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND **ORDER** |
| v. | ) | CONTINUING SENTENCING |
| | ) | |
| | ) | |
| DAN CURRIE, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case with respect to Dan Currie, Jr., currently scheduled for Friday, April 23, 2010 at 10:00 a.m. before Honorable D. Lowell Jensen, may be continued to Friday, May 14, 2010 at 10:00 a.m. for sentencing.  The reason for the continuance is that Mr. Currie still needs to be interviewed by the United States Probation Officer and the parties hope to have him interviewed next week.  A continuance to May 14, 2010, will provide enough time for Mr. Currie to be interviewed and the probation officer to follow up prior to the issuance of the 35 day draft Presentence report.  Defense

1  counsel has left a message for United States Probation Officer Insa Bel'Ochi.  USPO Bel'Ochi has

2  no objection to the requested continuance but defense counsel is unsure whether she is available on

3  May 14, 2010.

4  DATED: 3/12/10                              ____/s/_____
5                                              JOYCE LEAVITT
                                               Attorney for Kimberly Allen
6

7  DATED: 3/1210                               _____/s/_____
8                                              JAMES MANN
                                               Assistant United States Attorney
9

10      I hereby attest that I have on file all holographed signatures for any signatures indicated by a
11  conformed signature (/s/) within this e-filed document.

12

13
                                    **ORDER**
14
        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing in this case,
15
16  currently scheduled for Friday, April 23, 2010, before Honorable D. Lowell Jensen at 10:00 a.m., is

17  hereby continued to Friday, May 14, 2010, at 10:00 a.m. for sentencing.

18      SO ORDERED.

19
20  DATED: March 15, 2010                      _____
                                               HONORABLE D. LOWELL JENSEN
21                                             United States District Judge

22

23

24

25

26

*U S v. Dan Currie*; CR 09-01020 DLJ;
 Stip. Continuing Sentencing                  - 2 -