JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail:     James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-01020 DLJ |
| Plaintiff, ) | STIPULATED REQUEST TO CONTINUE SENTENCING HEARING DATE TO JULY 16, 2010 ; **ORDER** |
| v. ) | |
| DAN CURRIE, JR., ) | Date:     July 2, 2010<br>Time:    10:00 a.m.<br>Court:   Hon. D. Lowell Jensen |
| Defendant. ) | |

     The above-captioned matter is set on July 2, 2010 before this Court for a sentencing hearing. The parties request that this Court continue the hearing to July 16, 2010 at 10:00 a.m.

     Defendant pleaded guilty to one violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) on February 5, 2010. The United States Probation Officer has completed and disclosed the Presentence Investigation Report. The parties respectfully request that the sentencing hearing be continued to July 16, 2010 at 10:00 a.m. to allow additional time

////

////

////

STIP. REQ. TO CONTINUE HEARING DATE TO JULY 2, 2010
No. CR 09-01020 DLJ

1  to complete their sentencing memoranda.  The United States Probation Officer assigned to this

2  matter is aware of this request and available on July 16, 2010.

3

4  DATED: June 28, 2010

5

6

7  _____/s/_____          \_\_\_\_\_/s/_____
   JAMES C. MANN                                            JOYCE LEAVITT, ESQ.
   Assistant United States Attorney                         Counsel for Dan Currie, Jr.
8  Counsel for United States

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO CONTINUE HEARING DATE TO JULY 2, 2010
No. CR 09-01020 DLJ

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                           OAKLAND DIVISION

11  UNITED STATES OF AMERICA,    )   No. CR 09-01020 DLJ
                                 )
12        Plaintiff,              )   ORDER GRANTING STIPULATED
                                 )   REQUEST TO CONTINUE SENTENCING
13     v.                         )   HEARING DATE TO JULY 16, 2010
                                 )
14  DAN CURRIE, JR.,              )   Date:    July 2, 2010
                                 )   Time:    10:00 a.m.
15        Defendant.              )   Court:   Hon. D. Lowell Jensen
                                 )
16                               )
                                 )
17  _____)

18

19     The parties jointly requested that the sentencing hearing in this matter be continued from
20  July 2, 2010 to July 16, 2010.  Defendant pleaded guilty to one violation of Title 21, United
21  States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii) on February 5, 2010.  The United States
22  Probation Officer has completed and disclosed the Presentence Investigation Report.  The parties
23  requested that the sentencing hearing be continued to July 16, 2010 at 10:00 a.m. to allow
24  additional time to complete their sentencing memoranda.  The United States Probation Officer
25  ////
26  ////
27  ////
28  ////

STIP. REQ. TO CONTINUE HEARING DATE TO JULY 2, 2010
No. CR 09-01020 DLJ

1  assigned to this matter is aware of this request and available on July 16, 2010.

2  **IT IS HEREBY ORDERED** that the sentencing hearing in this matter is continued from

3  July 2, 2010 to July 16, 2010 at 10:00 a.m.

5  DATED: June 30, 2010

   _____
   HON. D. LOWELL JENSEN
   United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO JULY 2, 2010
No. CR 09-01020 DLJ